

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00136-CV

**IN THE INTEREST OF R.L.M.**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02182
Honorable Richard Garcia, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order terminating appellant's parental rights is AFFIRMED. No costs of appeal are taxed against appellant.

SIGNED June 13, 2018.

Karen Angelini, Justice